July 27, 2015

Hi,

This is <u>Cantrell N. Sash</u>. I've recieved and letter from "<u>Mrs. Cathy S. Lusk</u>, about My appeal. But, I'm writting you, asking for ("my Transcript") I'm "Indigent" and "can not" afford to perchase, it on my own! Is there any Way, you can send me a "copy" of "My Transcript," so ~~can~~ I can point out the "Flaws" in my case? I'll really be Thankful, for your help. (I would also like to know, Do I need to fill-out an "form" to keep "Forwarding" my case? Will I be "appointed" another "lawyer" to help me with my case? I would like to continue processing my case. I would the forms I need to do so? Please Help me in any way that you can. Thank You for your time, and "GOD Bless You.

Mr. Cantrell N. Sash

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUL 31 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

To: (Chief Deputy Clerk)
   Katrina McClenny